**HALL & EVANS LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
OMAR NAGY, ESQ.
Nevada Bar No. 15293
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart, Inc. d/b/a*
*Delivery Drivers Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA DONIN,<br><br>    Plaintiff,<br>v.<br><br>WALMART, INC. d/b/a DELIVERY DRIVERS INC., a foreign corporation; DOE DRIVER, individually; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>    Defendants. | CASE NO.:  2:24-cv-00797-JCM-DJA<br><br>[District Court, Clark County, Case No. A-24-888496-C, DEPT NO.:  19]<br><br>**STIPULATION AND ORDER TO REMAND CASE TO EIGHTH JUDICIAL DISTRICT COURT** |

The Parties to this case, Plaintiff, AMANDA DONIN ("Plaintiff"), by and through her counsel of record, the law firm of HICKS & BRASIER, PLLC, and Defendant, WALMART, INC d/b/a DELIVERY DRIVERS INC. ("Walmart"), by and through its counsel of record, the law firm of HALL & EVANS, LLC, do hereby stipulate and agree to the following:

1. That the value of the amount in controversy in the instant litigation shall not exceed $75,000.00;

2. That this litigation shall be remanded to the Eight Judicial Court of Nevada as it does not meet the elements for diversity jurisdiction provisions set forth in 28 U.S.C. §§ 1332, 1441, and 1446;

3. That Plaintiff shall not seek, recover, or enforce a judgment or damages award, if any, arising from the Subject Incident against WALMART, INC. d/b/a DELIVERY DRIVERS INC., in excess of $75,000.00;

4. That Plaintiff's claims in the instant litigation do not, and will not, exceed $75,000.00.

5. That the Parties agree to participating Supreme Court of Nevada's mandatory Annexed Arbitration Program.

**IT IS SO STIPULATED**.

DATED this 10th day of May 2024.

**HICKS & BRAISER, PPLC.**

/s/Nicole C. Bolick
ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
NICOLE C. BOLICK, ESQ.
Nevada Bar No. 15015
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 10th day of May 2024.

**HALL & EVANS, LLC.**

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
OMAR NAGY, ESQ.
Nevada Bar No. 15293
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED May 13, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

HALL & EVANS

*/s/Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar #6228
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89144
702-998-1022
Attorney for Defendant

KRB/20147-110